# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 16, 2015

## NO. 03-14-00635-CV

**Michael Leonard Goebel and all other occupants of 207 Cazador Drive, Appellants**

**v.**

**Sharon Peters Real Estate, Inc., Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF HAYS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the judgment signed by the trial court on September 18, 2014. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Appellants shall pay all costs relating to this appeal, both in this Court and the court below.